[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-14513

_____

D.C. Docket No. 1:13-cv-00033-WLS


JAMES L. KERFOOT, et al.,

                                                            Plaintiffs,


JOY R. WEBSTER,
as Trustee in Bankruptcy for James and Sylvia Kerfoot,
NATASHA GOLDEN,
as Administratrix of the Estate of Sylvia F. Kerfoot,
NATASHA GOLDEN,
personal representative and administratrix of the Estate
of James L. Kerfoot,

                                                   Plaintiffs-Appellants,


versus

FNF SERVICING, INC.,
a foreign corporation,
d.b.a. Loan Care Serving Center, Inc.,

                                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(May 23, 2016)

Before TJOFLAT, MARCUS and ROGERS,* Circuit Judges.

PER CURIAM:

Plaintiffs appeal the summary judgment the district court granted defendant on the three claims of their amended complaint:  Count One, alleging a violation of the Georgia RICO statute, O.C.G.A. § 16-14-1 *et seq.*, Count Two, alleging a common law tort claim, Intentional Infliction of Emotional Distress, and Count Three, alleging violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605(e).  Having heard oral argument from counsel for the parties and considered their briefs, we conclude for the reasons stated by the district court in its dispositive order of September 10, 2015,  Doc. 122, that the district court properly granted defendant summary judgment.

AFFIRMED.

_____

*Honorable John M. Rogers, United States Circuit Judge for the Sixth Circuit, sitting by designation.

2